**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 98-50285
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

BENIGO PEREZ-ROJO,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(DR-97-CR-341-ALL)
February 12, 1999
_____

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Benigo Perez-Rojo has filed a motion for leave to withdraw as

counsel; Perez-Rojo has not filed a response. Our independent review of the *Anders* brief and the

record discloses no nonfrivolous issue. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18

L. Ed. 2d 493 (1967). Accordingly, counsel is excused from further responsibilities and the APPEAL

IS DISMISSED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.